# EXHIBIT A

FILED: ROCKLAND COUNTY CLERK 06/18/2018 04:19 PM  INDEX NO. 032914/2018
NYSCEF DOC. NO. 2                                  RECEIVED NYSCEF: 06/18/2018

Forster & Garbus, LLP
Conspicuous Service

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF ROCKLAND

### AFFIDAVIT OF SERVICE



*820857*

Index no : 32914/18
Date of Purchase: **05/22/2018**
Office No: D87D501445

| Plaintiff(s): | **BARCLAYS BANK DELAWARE** |
| --- | --- |
| Defendant(s): | **EPHRAIM DEWICK** |

STATE OF NEW YORK COUNTY OF WESTCHESTER     ss.:

I William Bruckner being duly sworn deposes and says I am over the age of 18 and reside in New York State **William Bruckner**, the undersigned, being duly sworn, deposes and says:

On **06/13/2018** at **11:02 AM**, at **248 BLAUVELT RD , MONSEY, NY 109522580**, deponent attempted to make personal service of a true copy of the **SUMMONS AND FORMAL COMPLAINT WITH NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING** in the above entitled action upon **EPHRAIM DEWICK** the **Defendant(s)** therein named.

Deponent made prior attempts to effect personal service upon the said **Defendant(s)** at the aforementioned address to wit: **06/06/2018 at 3:08 PM, 06/12/2018 at 7:42 PM, 06/13/2018 at 11:02 AM**.

That personal service could not be made with due diligence upon the said **Defendant(s)** and therefore deponent on **06/13/2018** at **11:02 AM** at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said **Defendant(s), EPHRAIM DEWICK** by affixing same to the door of **Defendant(s)**, said residence, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copies thereof, and on **06/15/2018** I deposited in the United States mail another true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **248 BLAUVELT RD , MONSEY, NY 109522580**. That address being the last known residence, usual place of abode of the Defendant(s).

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Comments: **Service completed pursuant to CPLR 308 (4)**

Sworn to and subscribed before me on
06/15/2018

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X_____
William Bruckner
Progressive Legal Support
P.O. Box 85
Valley Stream, NY 11582
800-652-7550 Clerk: Clerk9



30